# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| RICKY TEJADA, | : No. 87 WM 2015 |
| Petitioner | : |
| v. | : |
| COURT OF COMMON PLEAS OF ERIE COUNTY, | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of January, 2016, the Application for Leave to File Original Process is **GRANTED**, and the Application for Writ of Prohibition and/or Mandamus Relief is **DENIED**.

    Mr. Justice Eakin did not participate in the consideration or decision of this matter.